**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

HERMAN L. AMIDON, individually and §
as representative of the Estate of Burnice C. §
Amidon, §
                    Plaintiff §
                         §
                         §
v. §
                         §
LONGMEADOW HEALTHCARE §         CASE NO. 4:08cv183
CENTER, THI OF TEXAS AT §
LONGMEADOW, L.L.C., THI OF §
BALTIMORE, INC., FUNDAMENTAL §
LONG TERM CARE HOLDINGS, L.L.C., §
LEONARD GRUNSTEIN, and MURRAY §
FORMAN, §
                  Defendants. §

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On October 17, 2008, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Murray Forman's Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. 18), Defendant Leonard Grunstein's Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. 19), and Defendant Fundamental Long Term Care Holdings, L.L.C.'s Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. 23) be GRANTED, and that Defendants Murray Forman, Leonard Grunstein, and Fundamental Long Term Care Holdings, L.L.C. be dismissed from this case for lack of jurisdiction.

1

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Therefore, Defendant Murray Forman's Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. 18), Defendant Leonard Grunstein's Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. 19), and Defendant Fundamental Long Term Care Holdings, L.L.C.'s Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. 23) are GRANTED, and Defendants Murray Forman, Leonard Grunstein, and Fundamental Long Term Care Holdings, L.L.C. are dismissed from this case for lack of jurisdiction.

**IT IS SO ORDERED.**

**SIGNED this 10th day of November, 2008.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE